IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ESTATE OF LAURA L. UMPHLETT C/O CALVIN R UMPHLETT, EXECUTOR, UMPHLETT FAMILY TRUST, CALVIN RAY UMPHLETT, CLARENCE EDWARD UMPHLETT, TIMOTHY CLINE UMPHLETT, AND KASANDRA LEE UMPHLETT,<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA<br>NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE COMPANY SHAPIRO AND INGLE, LLP,<br>and SATTERFIELD LEGAL, PLLC, Substitute Trustee,<br><br>  Defendants. | Case No. 2:19-cv-00008 |

## JOINT MOTION TO DISMISS REMAINING CLAIMS

NOW COME Shapiro and Ingle, LLP ("S&I"), Satterfield Legal, PLLC ("Satterfield"), and Plaintiffs, by and through their respective counsel, moving to dismiss any and all claims asserted against S&I or Satterfield in this case, with prejudice. The parties agree to a final resolution in the interest of concluding the matter and avoiding additional cost. The parties further agree that each party should bear his, her, or its own respective attorney's fees and costs.

1

WHEREFORE, S&I, Satterfield, and Plaintiffs pray the Court for an order dismissing all claims against S&I and Satterfield, with prejudice, and granting other and further relief that is reasonable and just.

| This the 14th day of June 2019.<br><br>*/s/ Casey C. Varnell*<br>Casey C. Varnell<br>N.C. State Bar No. 40405<br>Jamie G. Varnell<br>N.C. State Bar No. 39713<br>SHARP, GRAHAM, BAKER & VARNELL, LLP<br>P.O. Drawer 1027<br>Kitty Hawk, NC 27949<br>(252) 261-2126<br>(252) 261-1188 Fax<br>jamie@ncobxlaw.com<br>ATTORNEYS FOR PLAINTIFFS | This the 14th day of June 2019.<br><br>*/s/ Jason K. Purser*<br>Jason K. Purser<br>N.C. State Bar No. 28031<br>SHAPIRO & INGLE, LLP<br>10130 Perimeter Parkway, Suite 400<br>Charlotte, NC 28216<br>(704) 333-8107<br>(704) 333-8156 Fax<br>jpurser@logs.com<br>ATTORNEYS FOR S&I AND SATTERFIELD |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June 2019, I served the foregoing Joint Motion to Dismiss by filing the same with the CM/ECF system and serving counsel of record by email as permitted by local rule.

*/s/ Jason K. Purser*
Jason K. Purser