IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:19-CV-8-BO

ESTATE OF LAURA L. UMPHLETT )
C/O CALVIN R. UMPHLETT, )
EXECUTOR, UMPHLETT FAMILY )
TRUST, CALVIN RAY UMPHLETT, )
CLARENCE EDWARD UMPHLETT, )
TIMOTHY CLINE UMPHLETT, and )
KASANDRA LEE UMPHLETT, )
                                  )
      Plaintiffs, )
                                  )
v. )                 O R D E R
                                  )
WELLS FARGO BANK, N.A., )
NATIONSTAR MORTGAGE LLC d/b/a )
CHAMPION MORTGAGE COMPANY, )
SHAPIRO AND INGLE, LLP, and )
SATTERFIELD LEGAL, PLLC, Substitute )
Trustee, )
                                  )
      Defendants. )

This matter is before the Court on a joint motion to dismiss the remaining claims, filed by plaintiffs and the remaining defendants: Shapiro and Ingle, LLP ("Shapiro"), and Satterfield Legal, PPLC ("Satterfield"). [DE 28].

On May 13, 2019, the Court dismissed plaintiffs' claims against Wells Fargo Bank, N.A., and Nationstar Mortgage LLC d/b/a Champion Mortgage Company. [DE 25]. Plaintiffs' claims against defendants Shapiro and Satterfield proceeded to discovery. Now, the parties jointly move to dismiss all claims against defendants Shapiro and Satterfield with prejudice.

For good cause shown, the joint motion to dismiss [DE 28] is GRANTED. Plaintiffs' remaining claims against defendants Shapiro and Satterfield are hereby dismissed with prejudice.

Plaintiffs, Shapiro, and Satterfield shall bear their own respective attorneys' fees and costs with respect to the dismissed claims. The Clerk is DIRECTED to close the case.

SO ORDERED, this **30** day of June, 2019.

*Terrence W. Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE