UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ESTATE OF LAURA L. UMPHLETT, ) <br> C/O CALVIN UMPHLETT, EXECUTOR, ) <br> UMPHLETT FAMILY TRUST, CALVIN ) <br> RAY UMPHLETT, CLARENCE EDWARD ) <br> UMPHLETT, TIMOTHY CLINE UMPHLETT, ) <br> and KASANDRA LEE UMPHLETT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., NATIONSTAR, ) <br> MORTGAGE d/b/a CHAMPION MORTGAGE ) <br> COMPANY, SHAPIRO AND INGLE, LLP, and ) <br> SATTERFIELD LEGAL, PLLC, Substitute ) <br> Trustee, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br><br> 2:19-CV-8-BO |

**Decision by Court.**
This matter is before the Court on a joint motion to dismiss the remaining claims, filed by plaintiffs and the remaining defendants: Shapiro and Ingle, LLP ("Shapiro"), and Satterfield Legal, PPLC ("Satterfield"). [DE 28].

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to this Court's order entered May 12, 2019, defendants Wells Fargo Bank N.A. and Nationstar Mortgage LLC's motions to dismiss [DE 22, 23] are GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss [DE 28] is GRANTED. Plaintiffs' remaining claims against defendants Shapiro and Satterfield are hereby dismissed, with prejudice. Plaintiffs, Shapiro, and Satterfield shall bear their own respective attorneys' fees and costs with respect to the dismissed claims.

This case is closed.

**This judgment filed and entered on July 1, 2019, and served on:**
Casey C. Varnell (via CM/ECF NEF)
Baxter Chad Ewing (via CM/ECF NEF)
James David Horne, Jr. (via CM/ECF NEF)

Jason K. Purser (via CM/ECF NEF)

July 1, 2019

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk